

# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 02-2117                              Filed: 9/3/02
Nsuit:    0  (Criminal or NOT SET)
Morgan, et al v. INS
Appeal from: U.S. Immigration & Naturalization Serv.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0090-1 : A70-868-672            lead: A76-117-960
     Date Filed: **/**/**
     Date order/judgment: 7/29/02
     Date NOA filed: **/**/**
     District: 0090-1 : A76-117-960            lead: A76-117-960
     Date Filed: **/**/**
     Date order/judgment: 7/29/02
     Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Docket as of February 25, 2003 8:33 pm              Page 1




02-2117   Morgan, et al v. INS

MOURCOS MORGAN                     Saher Joseph Macarius
     Petitioner                    FTS 508-879-5444
                                   508-879-4443
                                   [COR LD NTC ret]
                                   21 Walsh St.
                                   Framingham, MA 01701

EREIN IBRAHIM                      Saher Joseph Macarius
     Petitioner                    (See above)
                                   [COR LD NTC ret]
```

```
         v.

IMMIGRATION AND NATURALIZATION         Michael J. Sullivan, U.S.
SERVICE                                Attorney
     Respondent                        617-748-3100
                                       [NTC gvt]
                                       U.S. Attorney's Office
                                       John Joseph Moakley Courthouse
                                       1 Courthouse Way
                                       Boston, MA 02210

                                       Brenda M. O'Malley
                                       FTS 616-9777
                                       202-616-2872
                                       [NTC gvt]
                                       Office of Immigration Appeals
                                       Civil Division
                                       P.O. Box 878
                                       Ben Franklin Station
                                       Washington, DC 20044

                                       Terri Jane Scadron
                                       FTS 202-616-9777
                                       202-514-3760
                                       [COR LD NTC gvt]
                                       U.S. Dept. of Justice
                                       Civil Division
                                       P.O. Box 878
                                       Ben Franklin Station
                                       Washington, DC 20044

                                       Janice K. Redfern
                                       FTS 202-616-9777
                                       202-616-4475
                                       [COR LD NTC gvt]
                                       U.S. Dept. of Justice
                                       P.O. Box 878
                                       Ben Franklin Station
                                       Washington, DC 20044

                                       Neil Cashman
                                       617-565-3142
```

Docket as of February 25, 2003 8:33 pm                         Page 2

---

02-2117  Morgan, et al v. INS

```
                                       [NTC gvt]
                                       Immigration and Naturalization
                                       Service
                                       JFK Federal Building
                                       Government Center
                                       Room 425
                                       Boston, MA 02203
```

Docket as of February 25, 2003 8:33 pm                              Page 3

---

02-2117  Morgan, et al v. INS

MOURCOS MORGAN; EREIN IBRAHIM

        Petitioners

  v.

IMMIGRATION AND NATURALIZATION SERVICE

        Respondent

Docket as of February 25, 2003 8:33 pm                              Page 4

---

02-2117  Morgan, et al v. INS

| Date | Entry |
|---|---|
| 9/3/02 | AGENCY CASE docketed. Opening forms sent. Rev/Appl Notice filed by Petitioners Mourcos Morgan and Erein Ibrahim. Certificate of Service date 9/3/02. Appearance due 9/17/02. Certified List Due 10/15/02. [02-2117] (cmpa) |
| 9/3/02 | MOTION filed by Petitioners Mourcos Morgan and Erein Ibrahim. "Petitioner's Motion for A Stay of Deportation Pending Resolution of Petition for Review" Certificate of service dated 9/3/02. [02-2117] (cmpa) |
| 9/4/02 | PUBLIC NOTE: BIA Decision sent via fax by Attorney Macarius. [02-2117] (cmpa) |
| 9/12/02 | RESPONSE filed by Respondent INS. "Respondent's Opposition to Petitioners' Motion for a Stay of Removal" Certificate of service dated 9/12/02. [686081-1] [02-2117] (cmpa) |
| 9/16/02 | APPEARANCE filed by Saher Joseph Macarius for Petitioners Erein Ibrahim and Mourcos Morgan. [687021-1] [02-2117] (cmpa) |
| 9/16/02 | DOCKETING STATEMENT filed by Petitioners Mourcos Morgan and Erein Ibrahim. [02-2117] (cmpa) |
| 9/18/02 | MOTION filed by Respondent INS to dismiss case. [687641-1] "Respondent's Motion to Dismiss Untimely Petition for Review for Lack of Jurisdiction, and Request to Hold Briefing Schedule and Submission of the Administrative Record in Abeyance Pending Resolution of this Motion" Certificate of service dated 9/17/02. [02-2117] (cmpa) |

| | |
|---|---|
| 9/18/02 | ATTORNEY Terri Jane Scadron and Janice K. Redfern for Respondent INS added to case. [02-2117] (cmpa) |
| 10/2/02 | RESPONSE filed by Petitioners Mourcos Morgan and Erein Ibrahim. "Petitioner's Opposition to Respondent's Motion to Dismiss" Certificate of service dated 10/1/02. [691937-1] [02-2117] (cmpa) |

Docket as of February 25, 2003 8:33 pm                           Page 5

---

02-2117   Morgan, et al v. INS

| | |
|---|---|
| 10/16/02 | JUDGMENT. Senior Circuit Campbell, Senior Circuit Judge Stahl, and Circuit Judge Lynch. The government moves to dismiss this petition as untimely. A petition for review of an order of removal "must be filed not later than 30 days after the date of the final order of removal." 8 U.S.C. § 1252(b)(1). See Nascimento v. I.N.S., 274 F.3d 26, 28 (1st Cir. 2001). Here, the Board of Immigration Appeals entered its final order on July 29, 2002. Petitioners should have filed their petition on or before August 28, 2002. They waited until September 3. We therefore lack jurisdiction to hear the petition. Petitioners contend that they should get the benefit of an extra "3 calendar days" under Fed. R. App. P. 26(c). By its terms, however, Rule 26(c) applies only "[w]hen a party is required or permitted to act within a prescribed period after a paper is served on that party[.]" That is not the case here. The appeals period runs from "the date of the final order," as the statute says, not from the date of service, as Rule 26(c) contemplates. See Malvoisin v. I.N.S., 268 F.3d 74, 75 (2nd Cir. 2001) (where BIA rendered final order on December 1, 2000, "[b]ecause December 31, 2000 fell on a Sunday and January 1, 2001, was a holiday, the effective final day for Malvoisin to file her petition was January 2, 2001"; petition filed on January 3 was untimely); Torres v. I.N.S., 144 F.3d 472, 473 (7th Cir. 1998) (where BIA entered final order on December 17, 1996, "the deadline was January 16, 1997"). The Motion to Dismiss Untimely Petition is allowed and the petition is dismissed. Petitioners' Motion for a Stay of Deportation Pending Resolution of Petition for Review is denied as moot. [695098-1] [02-2117] (cmpa) |
| 2/25/03 | MANDATE ISSUED. [02-2117] (cmpa) |

Docket as of February 25, 2003 8:33 pm                           Page 6

---

| PACER Service Center |
|---|
| Transaction Receipt |

http://pacer.ca1.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=02-2117&puid=01087304188        6/15/2004

| 06/15/2004 09:03:11 | | | |
|---|---|---|---|
| **PACER Login:** | us8384 | **Client Code:** | |
| **Description:** | dkt report | **Case Number:** | 02-2117 |
| **Billable Pages:** | 6 | **Cost:** | 0.42 |