UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MORCOUS MORGAN, and | ) | |
| ERIEN IBRAHIM, | ) | |
| Petitioners, | ) | |
| | ) | Civil Action 04-11017-RCL |
| v. | ) | |
| | ) | |
| JOHN ASHCROFT, MICHAEL GARCIA, | ) | |
| BRUCE CHADBOURNE, and | ) | |
| ANDREA CABRAL, | ) | |
| Respondents. | ) | |

### RESPONDENT'S NOTICE OF SCHEDULING OF REMOVAL

Now come the Respondents to inform the court that the Petitioner, Morcous Morgan, has been scheduled to be removed on June 23, 2004.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136