UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11017-RCL</u>

MORCOUS MORGAN
Plaintiff

v.

ATTORNEY GENERAL JOHN ASHCROFT, ET AL
Defendant

## NOTICE OF HEARING

LINDSAY, D.J.

TAKE NOTICE that the above-entitled case has been set for argument on defendants' motion to dismiss at **3:00PM**, on **March 7, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

January 31, 2005

To: All Counsel