UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MORCOUS MORGAN, and<br>ERIEN IBRAHIM,<br>Petitioners,<br><br>v.<br><br>JOHN ASHCROFT, MICHAEL GARCIA,<br>BRUCE CHADBOURNE, and<br>Respondents. | )<br>)<br>)<br>)     Civil Action 04-11017-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Please enter my appearance as co-counsel for the Petitioners, **Morous Morgan and Erien Ibrahim,** in the above-captioned matter.

Respectfully submitted,

_____
Anthony Drago, Esq. (Bar No. 68027)
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400