UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MORCOUS MORGAN, ET AL**

**V.**                                                     **CIVIL ACTION NO. 04-11017-RCL**

**JOHN ASHCROFT, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of March 7, 2005 allowing the motion to dismiss of

the defendants John Ashcroft, Michael Garcia and Bruce Chadbourne, Judgment is hereby entered

as follows: Judgment for the defendants, John Ashcroft, Michael Garcia and Bruce Chadbourne

dismissing this action.

March 9, 2005                                            /s/ Lisa M. Hourihan
                                                        Deputy Clerk