UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No. 04-11017-RCL

| | |
|---|---|
| MORCOUS MORGAN, and <br> ERIEN IBRAHIM, <br> Appellants/Petitioners <br> <br> v. <br> <br> ALBERTO GONZALEZ, U.S. Attorney General; <br> MICHAEL GARCIA, Assistant Secretary, U.S. <br> Immigration and Customs Enforcement; and <br> BRUCE CHADBOURNE, Boston Field Director, <br> U.S. Immigration and Customs Enforcement; <br> Appellees/Respondents | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PETITIONERS NOTICE OF APPEAL

Notice is hereby given that Morcous Morgan and Erien Ibrahim, Petitioners in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order of Dismissal for lack of Habeas Corpus Jurisdiction entered in this action on the 7th day of March, 2005. (A copy of the Order is attached hereto).

Respectfully submitted,
Morcous Morgan and
Erien Ibrahima
By his attorneys,

_____
Anthony Drago, Esq.
Elizabeth A. Smith, Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400
Dated: March 11, 2005

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MORCOUS MORGAN, ET AL**

V.                                              CIVIL ACTION NO. 04-11017-RCL

**JOHN ASHCROFT, ET AL**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of March 7, 2005 allowing the motion to dismiss of the defendants John Ashcroft, Michael Garcia and Bruce Chadbourne, Judgment is hereby entered as follows: Judgment for the defendants, John Ashcroft, Michael Garcia and Bruce Chadbourne dismissing this action.

March 9, 2005                                   /s/ Lisa M. Hourihan
                                                Deputy Clerk