UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No. 04-11017-RCL

| | |
|---|---|
| MORCOUS MORGAN, and<br>ERIEN IBRAHIM,<br>Appellants/Petitioners | )<br>)<br>)<br>) |
| v. | )<br>) |
| ALBERTO GONZALEZ, U.S. Attorney General;<br>MICHAEL GARCIA, Assistant Secretary, U.S.<br>Immigration and Customs Enforcement; and<br>BRUCE CHADBOURNE, Boston Field Director,<br>U.S. Immigration and Customs Enforcement;<br>Appellees/Respondents | )<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 11th day of March, 2005, I served a copy of the attached Notice of Appeal and Emergency Motion upon the following service list:

U.S. Department of Homeland Security
Office of the District Counsel
JFK Federal Bldg. – Room 425
Boston, MA 02203

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Said service was made on the above referenced Appellees in hand.

Anthony Drago, Esq.