| U.S. Department of Justice | Decision of the Board of Immigration Appeals |
|---|---|
| Executive Office for Immigration Review | |
| Falls Church, Virginia 22041 | |

File:  A76-117-960 - BOSTON                                       Date:

In re: MORGAN, MOURCOUS MORGAN

IN REMOVAL PROCEEDINGS                                          MAY - 2 2003

MOTION

ON BEHALF OF RESPONDENT: Pro se

ON BEHALF OF SERVICE: Bernard Menendez, Assistant District Counsel

ORDER:

    PER CURIAM. The respondent moves the Board pursuant to 8 C.F.R. § 1003.2 to reopen our decision dated July 29, 2002. The respondent set forth no new facts or evidentiary materials that would have provided good cause for reopening proceedings, and provided no previously unavailable evidence to establish prima facie eligibility for any forms of relief from removal. See INS v. Doherty, 502 U.S. 314 (1992); INS v. Abudu, 485 U.S. 94 (1988); Matter of Coelho, 20 I&N Dec. 464 (BIA 1992). Moreover, the purported changed circumstances cited by the respondent – birth of a United States citizen child, an increase in Islamic extremism and anti-American sentiment in Egypt, and United States criticism of Egypt's human rights record – do not meet the standard for reopening set forth at 8 C.F.R. § 1003.2(c)(3)(ii). We are therefore not persuaded that reopening of these proceedings is warranted. Accordingly, the motion is denied.

_____
FOR THE BOARD