02-11054
USDC/MA
Judge O'Toole



# United States Court of Appeals
## For the First Circuit

No. 05-2832

MARITIMES & NORTHEAST PIPELINE, L.L.C.

Plaintiff - Appellant

v.

JA VENTURA, LLC

Defendant - Appellee

0.714 ACRES OF LAND, MORE OR LESS, IN DANVERS, MASSACHUSETTS; THE BEVERLY NATIONAL BANK

Defendants

---

**JUDGMENT**

**Entered: December 20, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_Susan Pedson_
Deputy Clerk

Date: 12-20-05

By the Court:
Richard Cushing Donovan, Clerk

DEBRA HEDGES
By: _____
Appeals Attorney

[cc: James T. Finnigan, Esq. and Nicholas J. Decoulos, Esq.]